**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Rice's Glass Company, Inc. )
)
          Plaintiff(s), )
)   **Case No.:** 1:22-cv-01042
vs. )
United Fire & Casualty Company et )
al. )
          Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

      PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u> United Fire & Cas. Co. </u> who is <u>Defendant          </u>,

(Name of Party)              (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes            (✔) No

2.    Does party have any parent corporations?

        (✔) Yes            ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>United Fire Group. Inc.</u>

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      (✔) Yes                (  ) No

If yes, identify all such owners: <u>United Fire Group, Inc. -</u>
<u>NASDAQ: UFCS</u>
_____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      (  ) Yes                (✔) No

If yes, identify entity and nature of interest: _____
_____
_____

5.  In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of _____ and their states of citizenship:
                                      (name of LLC or LP party)

_____      _____
   (name of member or partner)               (state of citizenship)

_____      _____
   (name of member or partner)               (state of citizenship)

_____      _____
   (name of member or partner)               (state of citizenship)

_____      _____
   (name of member or partner)               (state of citizenship)

Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

<u>/s/ David A. Harris</u>           <u>1/2/2023</u>
        (Signature)                             (Date)

MDNC (12/22)